# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 10, 2022

## NO. 03-21-00131-CV

**Hannah R. Tanner, Appellant**

**v.**

**Texas State University, Appellee**

## APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER AND TRIANA
## REVERSED AND REMANDED -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on January 7, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.